UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SADAT MACKIC, on behalf of himself and all
other persons similarly situated,

                      Plaintiff,

      -against-

LIDIA MANAGEMENT CORP., PISTILLI
MANAGEMENT LLC and ANTHONY PISTILLI,

                      Defendants.
-------------------------------------------------------------------X

Docket No.: 23-cv-01830
(NCM) (MMH)

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE WITH RESPECT TO DEFENDANT ANTHONY PISTILLI ONLY

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendants, through their undersigned counsel of record, that the Parties hereby stipulate, consent, and agree that Plaintiff's Complaint shall be dismissed without prejudice as against Defendant Anthony Pistilli only, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

A facsimile or PDF copy of this stipulation shall be treated with the same force and effect as an original copy of this stipulation.

Dated: ____May 2____ , 2025

ROMERO LAW GROUP PLLC

_____
Peter A. Romero, Esq.
David D. Barnhorn, Esq.
*Attorneys for Plaintiff*
490 Wheeler Road, Suite 277
Hauppauge, New York 11788
Tel.: (631) 257-5588

Dated: April 29, 2025

GORDON REES
SCULLY MANSUKHANI, LLP

*/s/ David J. Grech*
_____
David J. Grech, Esq.
*Attorneys for Defendants*
1 Battery Park Plaza, 28th Floor
New York, New York 10004
Tel.: (212) 453-0746