UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SADAT MACKIC, on behalf of himself and all
other persons similarly situated,

                      Plaintiff,                    JUDGMENT
v.                                          23-cv-01830-NCM-MMH

LIDIA MANAGEMENT CORP.,
PISTILLI MANAGEMENT LLC and
ANTHONY PISTILLI,

                      Defendants.
-----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on May 2, 2025; and Defendant Lidia Management Corp., having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Sadat Mackic, in the amount of Five Thousand Dollars and Zero Cents ($5,000.00), inclusive of an amount of attorneys' fees and costs, agreed upon the Parties, accrued as of the date of the offer, for the full and complete satisfaction of all claims; it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Sadat Mackic, and against Defendant Lidia Management Corp. in the amount of Five Thousand Dollars and Zero Cents ($5,000.00), inclusive of an amount of attorneys' fees and costs, agreed upon the Parties, accrued as of the date of the offer, for the full and complete satisfaction of all claims.

Dated: Brooklyn, New York                               Brenna B. Mahoney
       May 5, 2025                                             Clerk of Court

                                                   By:    */s/Jalitza Poveda*
                                                              Deputy Clerk